# IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

| | |
|---|---|
| HSBC BANK USA NATIONAL ASSOCIATION AS TRUSTEE FOR DEUTSCHE ALT-B SECURITIES MORTGAGE LOAN TRUST, SERIES 2007-ABL MORTGAGE PASS-THROUGH CERTIFICATES, | : No. 600 EAL 2014<br>:<br>:<br>: Petition for Allowance of Appeal from the<br>: Order of the Superior Court<br>:<br>: |
| Respondents | :<br>:<br>: |
| v. | :<br>:<br>: |
| FRANCIS KILSON, | :<br>: |
| Petitioner | : |

## ORDER

**PER CURIAM**

    **AND NOW**, this 30th day of March, 2015, the Petition for Allowance of Appeal is **DENIED**.